1149

No. 00–979. VANDEVENTER BLACK v. BEAMAN, TRUSTEE. C. A. 4th Cir. Certiorari denied.

No. 00–980. THOMPSON v. MENGEL, CLERK, SUPREME COURT OF OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 00–981. KASLER ET AL. v. LOCKYER, ATTORNEY GENERAL OF CALIFORNIA, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 00–982. BIRNBAUM v. RAY ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–983. YUASA, INC. v. INTERNATIONAL UNION OF ELECTRONIC, ELECTRICAL, SALARIED, MACHINE AND FURNITURE WORKERS, AFL–CIO, LOCAL 175. C. A. 4th Cir. Certiorari denied.

No. 00–984. MOTEL 6 OPERATING L. P. ET AL. v. HUTTINGER ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–988. HANEY v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 00–989. HANSEN ET AL. v. SNOHOMISH COUNTY ET AL. Ct. App. Wash. Certiorari denied.

No. 00–991. FORBES ET AL. v. SEMERENKO ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–992. FARASH v. LIPEZ, JUDGE, UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT, ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–993. BUTLER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–994. MORALES v. AYERS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–998. RAPOPORT ET AL. v. STATE FARM MUTUAL INSURANCE CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–999. WARD v. ORANGE COUNTY, FLORIDA. C. A. 11th Cir. Certiorari denied.